IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW S. GOAD,<br><br>Defendant. | 4:19-CR-3053<br><br>ORDER |

This matter is before the Court on the defendant's motion for copies (filing 122). The Court will deny the defendant's motion. The defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980).

The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. The one available document he has requested—the indictment—totals 3 pages for a total cost of $1.50, which must be prepaid when the copy is requested.[1]

IT IS ORDERED that the defendant's motion for documents (filing 122) is denied.

Dated this 9th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] The other documents the defendant requested—a superseding indictment, the plea agreement, and the parties' sentencing statements—either do not exist or are unavailable because of the Court's policies regarding sealed documents.